For plaintiff: Philip C. Joslin.

For defendant: Jonas Sallet.

Bellin & Wood vs. Raymond J. Chase } Eq. No. 10937.

July 21, 1931.

CHURCHILL, J. Heard on prayer for a preliminary injunction.

The only point raised by the respondent in this case is that the agreement for liquidated damages in case the respondent should breach his covenant not to engage in business ousts the jurisdiction of equity.

The great weight of authority is to the contrary.

*Ropes* vs. *Upton*, 125 Mass. 258;

*Diamond Match Co.* vs. *Roeber,* 106 N. Y. 473, 486;

*Willis* vs. *Forrester*, 140 Mo. A. 321, 330;

*Paolilli* vs. *Piscitelli*, 45 R. I. 359.

Decree for preliminary injunction may be entered.

For complainant: Frank N. Bellin.

For respondent: Joseph C. Cawley, F. J. Barlow.